# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| IN RE: | |
|---|---|
| Christopher John Blackburn | Case No.: 10 B 75111 |
| | Chapter: 13 |
| Debtor(s) | Judge Thomas M. Lynch |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Christopher John Blackburn, Debtor(s), 4574 Bunker Hill Rd, Loves Park, IL 61111
Jason K. Nielson, Attorney for Debtor(s), 55 E. Monroe St. Suite #3400, Chicago, IL 60603

You are hereby notified that NATIONWIDE ADVANTAGE MORTGAGE COMPANY has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to NATIONWIDE ADVANTAGE MORTGAGE COMPANY for the contractual mortgage payment due 11/01/2012. As of the 09/26/2013 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 11/01/2012 through 09/01/2013 post-petition mortgage payments, with the 10/01/2013 coming due, plus $1,071.76 in late charges and $783.00 in suspense. The current mortgage payment amount due each month is $1,172.00 for the 11/01/12 through 4/01/13 payments and $1,208.00 for the 5/01/13 through 9/01/13 payments. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 11/14/2013, NATIONWIDE ADVANTAGE MORTGAGE COMPANY's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on October 15, 2013.

 /s/ Gloria Tsotsos
 Attorney for Creditor

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279

Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-30449)**

NOTE: This law firm is deemed to be a debt collector.